IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>Kim Lynnette Rowland<br>     Debtor | Case No. 24-13449-NVA |
| The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1<br>     Movant<br><br>vs.<br><br>Kim Lynnette Rowland<br>     Debtor<br><br>and<br><br>James Rowland<br>     Co-Debtor | Chapter 13 |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY LOCATED AT 1837 STILL POND WAY, BELAIR, MD 21015

COMES NOW, The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) and co-debtor stay of 11 U.S.C. § 1301 pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and 1301 and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about April 24, 2024, Kim Lynnette Rowland (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. James Rowland is the co-debtor (hereinafter "Co-Debtor").

4. Brian A. Tucci is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

5. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Harford County, Maryland, and improved by a residence known as **1837 Still Pond Way, Belair, MD 21015** (hereinafter the "Property").

6. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated December 1, 2006, and executed by Kim Rowland and James Rowland, in the original principal amount of $196,800.00, with interest at the original note rate of 8.950%. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the promissory note is attached hereto.

7. Said promissory note is secured by a certain Deed of Trust also dated December 1, 2006 and recorded in the land records of Harford County, Maryland, related to the subject Property. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed of trust is attached hereto.

8. Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust. Maryland Local Bankr. Rule 4001-1(b)(5).

9. Movant also seeks relief from co-debtor stay of 11 U.S.C. § 1301.

10. A statement of Debtor's accrued post-petition payment arrears, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows:  (a) May 1, 2024 through January 1, 2025 payments of $1,369.28 each for a subtotal of $12,323.52; (b) Movant has incurred attorney fees and filing costs associated with the present motion.

11. A statement of Debtor's accrued pre-petition payment arrearage, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows. The total pre-petition arrearage is $31,775.08.  A more detailed statement of pre-petition debt is contained in <u>Claim No. 12-1</u> dated December 23, 2024.

12. As of January 17, 2025, a detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b)(1), is itemized as follows:

| | |
|---|---|
| Principal Balance | $240,751.34 |
| Interest 01/17/25 | $19,030.16 |
| Escrow Advance | $11,870.45 |
| Total-Fees | $40.00 |
| Recoverable Balance | <u>$3,722.54</u> |
| Total: | $275,414.49 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

13. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

14. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) and co-debtor stay of 11 U.S.C. § 1301 to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not

limited to the commencement of foreclosure proceedings against the Property. Maryland Local Bankr. Rule 4001-1(b)(7).

15. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. §§ 362(a) and 1301 of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 1837 Still Pond Way, Belair, MD 21015 and to allow successful purchaser to obtain possession of same; and,

2. Grant such other and further relief as may be just and necessary.

Respectfully submitted,

*/s/ Chetan Gopal*
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on  February 18, 2025 , the following parties were served a copy of the foregoing motion in the manner described below:

*Via* First Class Mail, Postage Prepaid:

Kim Lynnette Rowland
1837 Still Pond Way
Bel Air, MD 21015
*Debtor*

James Rowland
1837 Still Pond Way
Bel Air, MD 21015
*Co-Debtor*

*Via* CM/ECF Electronic Notice:

William Edward Sherwood, Jr, Esq.
FNS Law Group
237 E. Main Street
Westminster, MD 21157
*Counsel for Debtor*

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

                                              */s/ Chetan Gopal*
                                              Chetan Gopal